# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 11-0881-CV-W-JTM |
| | ) |
| James Womelduff, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1) and the *Notice of Dismissal*, filed October 18, 2011 [Doc. 2], it is

**ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

        */s/ John T. Maughmer*
        **JOHN T. MAUGHMER**
        **U. S. MAGISTRATE JUDGE**